## S. HUFFMAN V. E. C. ACKARMAN *et al.*

No. 14,388.   (81 Pac. 168.)

Error from Chautauqua district court; GRANVILLE P. AIKMAN, judge.   Opinion filed June 10, 1905.   Dismissed.

*R. H. Nichols,* and *F. S. Jackson,* for plaintiff in error.
*Sproul & Van Tuyl,* for defendants in error

*Per Curiam:* The certificate of the trial judge that the suit involves the tax law of the state is not binding on this court. (*Railroad Co. v. Morasch,* 60 Kan. 251, 56 Pac. 133.) An investigation of the question presented to the court below shows that the tax laws of the state were not involved in the suit. There being less than $100 in controversy, the proceeding in error is dismissed.